IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TOUCHSCREEN GESTURES LLC | § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:12-cv-00263-LED |
| v. | § § | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION | § § § § | |
| *Defendants.* | § | |

**PLAINTIFF TOUCHSCREEN GESTURES LLC AND DEFENDANTS RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION'S JOINT MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and a confidential License and Settlement Agreement, Plaintiff Touchscreen Gestures LLC, and Defendants Research In Motion Limited and Research In Motion Corporation hereby move the Court to dismiss with prejudice all claims asserted by Plaintiff and to dismiss without prejudice all counterclaims asserted by Defendants in this case. Touchscreen Gestures LLC on the one hand, and Research In Motion Limited and Research In Motion Corporation, on the other hand, agree that each party shall bear their own fees and expenses.

A proposed order is being filed herewith.

Dated: June 21, 2013                                       Respectfully submitted,

                                                                    /s/ *Winston O. Huff*
                                                                    Winston O. Huff, Attorney in Charge
                                                                    State Bar No. 24068745
                                                                    Deborah Jagai
                                                                    State Bar No. 24048571

W. O. Huff & Associates, PLLC
302 Market, Suite 450
Dallas, TX 75202
Telephone: 214.749.1220
Facsimile: 469.206.2173
whuff@huffip.com
dgagai@huffip.com

**ATTORNEYS FOR PLAINTIFF
TOUCHSCREEN GESTURES, LLC**


 */s/ William L. LaFuze*_____
William L. LaFuze
Texas Bar No. 11792500
wlafuze@velaw.com
Steven R. Borgman
Texas Bar No. 02670300
sborgman@velaw.com
**VINSON & ELKINS L.L.P.**
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: 713.758.2595
Facsimile: 713.615.5317
*ATTORNEYS TO BE NOTICED*

David B. Weaver
Texas Bar No. 00798576
dweaver@velaw.com
Kristen P. Foster
Texas Bar No. 24032931
kfoster@velaw.com
Andrea M. Houston
Texas Bar No. 24946109
ahouston@velaw.com
**VINSON & ELKINS LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Telephone: 512.542.8651
Facsimile: 512.236.3476
*ATTORNEYS TO BE NOTICED*

**ATTORNEYS FOR RESEARCH IN
MOTION LIMITED AND RESEARCH
IN MOTION CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing.

>  */s/ William L. LaFuze*
> William L. LaFuze