IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC § § *Plaintiff,* § § v. § § RESEARCH IN MOTION LIMITED and § RESEARCH IN MOTION CORPORATION § § *Defendants.* § | Civil Action No. 6:12-cv-00263 JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff Touchscreen Gestures LLC and Defendants Research In Motion Limited and Research In Motion Corporation's Joint Motion to Dismiss (Doc. No. 33). Having considered the motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that all claims asserted by Plaintiff Touchscreen Gestures LLC are DISMISSED WITH PREJUDICE and all counterclaims asserted by Defendants Research In Motion Limited and Research In Motion Corporation in this case are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' confidential License and Settlement Agreement. Each party shall bear their own fees and expenses.

It is SO ORDERED.

SIGNED this 24th day of June, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE