# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC § | |
| § | |
| v. § | Cause No. 6:12-cv-263 |
| § | |
| RESEARCH IN MOTION LIMITED AND § | |
| RESEARCH IN MOTION § | |
| CORPORATION § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 24th day of June, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE